UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMIE SUMMERS et al.                                                                    PLAINTIFFS

v.                                                              CIVIL ACTION NO. 3:10-CV-P33-H

KENTUCKY STATE REFORMATORY et al.                                         DEFENDANTS

### MEMORANDUM OPINION

A document was signed and filed by ten inmates[1] at Kentucky State Reformatory (KSR), which the Court interpreted to be a complaint against KSR and Warden Cookie Crews pursuant to 42 U.S.C. § 1983 (DN 1). That document was entitled "Formal Complaint against the Kentucky State Reformatory for Cruel and Unusual Punishment to be housed in its condem[n]ed and half way torn down segregation unit." It detailed a number of problems the inmates at KSR were not happy with including leaks, inadequate heat, the lack of clothes to wear while their clothes are being laundered, and lack of cleaning supplies.

The Clerk of Court sent a notice of deficiency to the ten inmates regarding the need within 30 days to either pay their portion of the filing fee for filing a civil action in this Court or submit applications to proceed without prepayment of the filing fee. Three of the signatories to the initiating document, William Ludwig, Harry McCrobie, and Scott Rothman, have submitted letters to the Court. Ludwig's letter explains that there was no intent to file a § 1983 lawsuit, that they do not have access to a law library even if they wanted to pursue a lawsuit, and that they just wanted the Court to inspect the prison. McCrobie's letter states that he had never seen the complaint before and asks to have his name removed from it as he did not sign it and does

---

[1] The ten inmates who signed that document are Jamie Summers, Joseph Collins, William Woolum, Wesley Lockhart, Harry McCrobie, Scott Rothman, William Ludwig, Corey Mounce, Joseph Snow, and John Gregory.

not agree with the complaint against KSR. Rothman's letter asks the Court to rescind his status as a plaintiff and states that when he signed the initiating document it was his belief that it was going to be sent to the warden. None of the signatories have submitted an application to proceed without prepayment of fees or otherwise have expressed an interest in continuing this action.

Considering the inmates' expressed statement that they did not wish to initiate a § 1983 action, the instant action will be dismissed without prejudice by separate Order. However, the Court **advises** that it cannot get involved in any matter unless an action has been filed in this Court.

Date:

cc: Plaintiffs, *pro se*

4412.009

2