UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JAMIE SUMMERS et al.**                                                        **PLAINTIFFS**

**v.**                                                        **CIVIL ACTION NO. 3:10-CV-P33-H**

**KENTUCKY STATE REFORMATORY et al.**                                        **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date and being otherwise sufficiently advised, **IT IS ORDERED** that instant action is **DISMISSED** without prejudice.

There being no just reason for delay in its entry, this is a final Order.

The Court **certifies** that an appeal *in forma pauperis* would not be taken in good faith for the reasons set forth in the Memorandum Opinion. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiffs, *pro se*

4412.009